# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| CHARLES SCOTT MALLORY | Case Number: 5:96-cr-6-Oc-10GRJ |
| | USM Number: 18634-018 |
| | Alec Hall, pda |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1,2,3,4,5, and 6__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for marijuana | February 1, 2008 |
| 2 | Positive urinalysis for marijuana | February 13, 2008 |
| 3 | Failure to follow the instructions of the Probation Officer | March 4, 2008 |
| 4 | Positive urinalysis for marijuana | March 5, 2008 |
| 5 | New criminal conduct, obstruction of an officer without violence | April 2, 2008 |
| 6 | New criminal conduct, criminal mischief | April 2, 2008 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1-27-09
Date of Imposition of Judgment

WILLIAM J. CASTAGNA
UNITED STATES DISTRICT JUDGE

1-27-09
Date

Defendant:   Charles Scott Mallory              Judgment - Page 2 of 2
Case No.:   5:96-cr-6-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS**

  __X__   The Court makes the following recommendations to the Bureau of Prisons: That the defendant be sent to FCI Coleman.

  __X__   The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    _____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL